IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATEISHA SMITH,<br>　　　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | No. 3:26-CV-1126-N-BW |
| FCA US, LLC,<br>　　　　Defendant. | §<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), filed on April 8, 2026 (Dkt. No. 4), is **DENIED**.

Since entry of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff has made two $101.25 monthly installment payments of the applicable filing fee, on May 6, 2026, and June 1, 2026. (*See* Receipt Nos. 300023839, 300024228.) Plaintiff shall pay the two remaining monthly installment payments of $101.25 on or before **July 11, 2026**, and on or before **August 11, 2026**, respectively.

Failure to comply with this order may result in dismissal of this action under Federal Rule of Civil Procedure 41(b).

**SO ORDERED** this 22nd day of June, 2026.

DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE

2